160 A.3d 769

**CADLES OF GRASSY MEADOWS, II, LLC, Substituted Plaintiff to Brown Bark I, L.P., Assignee of Sovereign Bank, Successor by Merger to Main Street Bank, Respondent**

v.

**BET SHAVEI-TZION a/k/a Bet Shavei-Tzion, International and/or Bet Shavei-Tzio, Ltd., International, Petitioner**

No. 475 MAL 2016

Supreme Court of Pennsylvania.

October 31, 2016

## ORDER

PER CURIAM

**AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.